**UNITED STATES of America,**
**Appellee,**

v.

**Michael D. SIMMONS, Appellant.**

**No. 01–3357.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 3, 2002.

Filed April 8, 2002.

Before BOWMAN, MORRIS SHEPPARD ARNOLD, and RILEY, Circuit Judges.

PER CURIAM.

Michael D. Simmons pleaded guilty to being a felon in possession of a firearm, *see* 18 U.S.C. §§ 922(g)(1), 924(a)(2) (1994). The District Court[1] sentenced him to twenty-seven months of imprisonment and three years of supervised release. On appeal, counsel has moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief arguing that the District Court should have granted a downward departure under § 5H1.4 of the United States Sentencing Guidelines because of Simmons's artificial leg.

We conclude that the District Court did not plainly err by not departing downward sua sponte. Counsel acknowledged at sentencing that Simmons did not qualify for departure, and Simmons received the sentence he requested. *See United States v. Carrasco,* 271 F.3d 765, 767–68 (8th Cir. 2001); *United States v. Murphy,* 248 F.3d 777, 779–80 (8th Cir.2001).

Accordingly, we affirm the judgment, grant counsel's motion to withdraw, and deny all other pending motions.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.